UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

CARRÉ SUTTON,                                          :

                           Docket No.: 1:21-cv-06787 (MKV)

                      Plaintiff,                  :

  -against-                                          :                **NOTICE OF MOTION**

                                      :

GÉRALD MARIE, AKA GÉRALD MARIE
CASTELLAC, an individual, and TRUDI TAPSCOTT,   :
an individual,

                      Defendants.           :
---------------------------------------------------------------- x

      **PLEASE TAKE NOTICE,** that upon the Declaration of Joseph A. D'Avanzo dated January

19, 2022 and the exhibit incorporated by reference therein and annexed thereto, the accompanying

Memorandum of Law, and all of the pleadings and proceedings heretofore had herein incorporated by

reference as part of the record, the Defendant, TRUDI TAPSCOTT, will move this Court at the

Courthouse located at 500 Pearl Street, Courtroom 18C, New York, New York, before the Hon. Mary

Kay Vyskocil, United States District Court Judge, on the 10th day of February 2022 at 9:30 in the

forenoon, or as soon thereafter as counsel can be heard, for an Order pursuant to FRCP Rule 12 (b) (6)

to dismiss the Plaintiff's First Amended Complaint, together with such other and further relief as this

Court may deem just, proper and equitable..

Dated:      Purchase, New York
            January 19, 2022

                            Yours, etc.,

                           PASHMAN STEIN WALDER HAYDEN, P.C.

                           By: *Joseph A. D'Avanzo*
                              JOSEPH A. D'AVANZO
                         *Attorneys for Defendant*
                         *Trudi Tapscott*
                         2900 Westchester Avenue, Suite 204
                         Purchase, New York 10577
                         (914) 612-4092
                         jdavanzo@pashmanstein.com
                         Our File No.: 29955.001

TO:    EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL, LLP
*Attorneys for Plaintiff*
600 Fifth Avenue at Rockefeller Center, 10th Floor
New York, New York 10020
(212) 763-5000
dgreenberger@ecbawm.com

HUTCHINSON BLACK & COOK, LLC
*Attorneys for Plaintiff*
921 Walnut Street, Suite 200
Boulder, Colorado 80302
(303) 442-6514
clune@hbcboulder.com
williams@hbcboulder.com