**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

CARRÉ SUTTON,

                    Plaintiff,

      -against-                                  21 **CIVIL** 6787 (MKV)

                                                       **<u>JUDGMENT</u>**

GÉRALD MARIE, AKA GÉRALD MARIE
CASTELLAC, an individual, and TRUDI
TAPSCOTT, an individual,

                  Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2022, Defendant Tapscott' motion to dismiss is granted. The Court also sua sponte dismisses Plaintiff's First Amended Complaint in its entirety. Accordingly, the case is closed.

**Dated:** New York, New York

       August 31, 2022

                                                                 **RUBY J. KRAJICK**

                                                                    _____
                                                                       **Clerk of Court**

                            **BY:**      _____
                                                                     **Deputy Clerk**