UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARRE OTIS SUTTON,<br><br>       Plaintiff,<br><br>v.<br><br>GÉRALD MARIE, AKA GERALD MARIE CASTELLAC, an Individual, and TRUDI TAPSCOTT, and Individual.<br><br>       Defendants. | Docket No.: 1:21cv-06787 (MKV) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff in the above-named case CARRE OTIS SUTTON hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court of the Southern District of New York entered in this case on the 31st day of August, 2022 that granted Defendant Tapscott's Motion to Dismiss and sua sponte dismissed claims against Defendant Gerald Marie [Document 30, 31].

DATED: September 28, 2022.

    Respectfully submitted,

By */s/ John Clune*
    John Clune
    Dan Williams
    HUTCHINSON, BLACK, AND COOK, LLC
    921 Walnut Street, Ste 200
    Boulder, Colorado 80302
    Telephone: 303-442-6514
    clune@hbcbhoulder.com
    williams@hbcboulder.com

    Debra Greenberger
    EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
    600 Fifth Ave. at Rockefeller Center, 10th Floor
    New York, New York 10020
    Telephone: (212) 763-5000
    dgreenberger@ecbawm.com

    *Attorneys for Plaintiff*