```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARRÉ SUTTON,

                Plaintiff,

-against-

GÉRALD MARIE, AKA GÉRALD MARIE CASTELLAC, an individual, and TRUDI TAPSCOTT, an individual,

                Defendants.

1:21-cv-06787 (MKV)

**ORDER REOPENING CASE**

---

MARY KAY VYSKOCIL, United States District Judge:

In light of the decision that the Second Circuit issued on November 4, 2024 [ECF No. 33], and the subsequent Mandate [ECF No. 36], the Court must reopen this case for further proceedings. Accordingly, IT IS HEREBY ORDERED that Defendant Trudi Tapscott shall file an answer on or before December 10, 2024 and Plaintiff shall serve Defendant Gérald Marie Castellac on or before December 26, 2024.

The Clerk of Court respectfully is requested to reopen this case on the Court's docket.

**SO ORDERED.**

Date: November 26, 2024
New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**