

John Clune
john.clune@hbcboulder.com

June 13, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

**Re:   Sutton v Marie, et al
         Case No: 1:21-cv-06787-MKV**

Dear Judge Vyskocil:

The parties jointly submit this letter to respectfully request a two-week extension of time to file the Joint Letter and Proposed Case Management Plan, currently due on Tuesday, June 17, 2025. This is the parties' first request for an extension of this deadline, and the requested extension will not affect any other deadlines in the case.

The reason for the request is to allow the parties additional time to continue settlement discussions regarding the claims against Defendant Tapscott. Pursuant to the Court's directive, the parties have engaged in over an hour of settlement negotiations, which have been productive to date. In parallel, the parties have exchanged Initial Disclosures.

The parties believe that a two-week extension will allow sufficient time to determine whether the claims against Defendant Tapscott can be resolved without further litigation. If settlement is not reached, the parties will promptly submit the Joint Letter and Proposed Case Management Plan, which will reflect a prompt discovery schedule.

We appreciate the Court's consideration of this request.

Respectfully submitted,

John Clune
Debra Greenberger

s/Joseph D'Avanzo

Joseph D'Avanzo

**Granted. SO ORDERED.**

Date: 6/16/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

921 Walnut St., Suite 200 | Boulder, CO 80302 | Tel (303) 442-6514 | Fax (303) 442-6593
www.hbcboulder.com