USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARRE SUTTON,<br><br>     Plaintiff,<br><br>v.<br><br>GERALD MARIE, aka GERALD MARIE CASTELLAC, an Individual and TRUDI TAPSCOTT, an Individual.<br><br>     Defendants. | Case No.: 1:21-cv-06787 - MKV |

**UNOPPOSED MOTION TO DISMISS/DROP DEFENDANT TAPSCOTT**

Plaintiff Carre Sutton, through her attorneys, and pursuant to F.R.Civ.P. 21, moves this Court to dismiss Defendant Trudi Tapscott from this matter. Through the process of discovery and conferral, the parties have resolved their dispute and no further prosecution of claims against Ms. Tapscott is necessary. The parties agree that they will bear their own costs and attorney fees associated with this matter.

Plaintiff intends to continue this matter against Defendant Marie and is actively working towards service of process.

Dated this 11th day of November, 2025.

                              Respectfully submitted,


                              *s/ John Clune*
                              John Clune
                              HUTCHINSON BLACK AND COOK, LLC
                              921 Walnut Street, Suite 200
                              Boulder, CO 80302
                              (303) 442-6514
                              john.clune@hbcboulder.com

1

        *s/ Debra L. Greenberger*
        Debra L. Greenberger
        EMERY CELLIBRINCKERHOFF
        ABADY WARD & MAAZEL LLP
        600 Fifth Avenue at Rockefeller Center
        10th Floor
        New York, New York 10020
        (212) 763-5000
        dgreenberger@ecbawm.com

        *Attorneys for Plaintiff*

---

**Granted. SO ORDERED.**

Date: 11/24/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---