AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

CARRE SUTTON,

*Plaintiff(s)*

v.

GERALD MARIE, AKA GERALD MARIE CASTELLAC, an Individual, and TRUDI TAPSCOTT, an Individual.

*Defendant(s)*

Civil Action No. 1:21-CV-06787

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GERALD MARIE, AKA GERALD MARIE CASTELLAC
Diseminado Casa Linda, 25T, 07839
Illes Balears, Spain

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Clune and Daniel D. Williams, HUTCHINSON, BLACK, AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, Colorado 80302

Debra L . Greenberger, Emery Celli Brinckerhoff Abady Ward & Maazel, LLP
600 Fifth Avenue at Rockerfeller Center, 10th Floor
New York, New York 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/20/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

Civil Action No. 1:21-CV-06787

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gerald Marie

was received by me on *(date)* October 12, 2026 .

■ I personally served the summons on the individual at *(place)* Restaurante Sea Boques located at Playa de Ses boques, 07839 Sant Josep de sa Talaia, in Ibiza, Spain. on *(date)* October 15, 2026 ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

❐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 16, 2026

Carly P Reilly

*Server's signature*

Carly P Reilly

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: